26cr53 SRN/EMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| v. | ) | 21 U.S.C. § 853 |
| | ) | |
| ALEXISUS JARMON MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Distribution of Fentanyl)

On or about January 5, 2026, in the State and District of Minnesota, the defendant,

**ALEXISUS JARMON MOSBY,**

did unlawfully, knowingly, and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A).

SCANNED
FEB 18 2026
U.S. DISTRICT COURT MPLS

*United States v. Alexisus Jarmon Mosby*

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                 FOREPERSON